COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number:     01-13-00288-CR

Style:            Bradley Alan Depoy

                  **v.** The State of Texas

Date motion filed[*]:   August 28, 2013

Type of motion:   Motion for extension of time to file reporter's record

Party filing motion:   Court reporter

Document to be filed:   Reporter's record

Is appeal accelerated?   No

If motion to extend time:

    Original due date:     June 28, 2013

    Number of previous extensions granted:     2     Current Due date:  August 28, 2013

    Date Requested:     Additional 2 weeks

Ordered that motion is:

    ☑    Granted

        If document is to be filed, document due:  September 11, 2013

        ☐    The Court will not grant additional motions to extend time absent extraordinary circumstances.

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

_____

_____

_____

_____

Judge's signature:   /s/ Terry Jennings
           ☑ Acting individually      ☐ Acting for the Court

Panel consists of   _____

Date: September 6, 2013